876 A.2d 978

**Michael TOMSON, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al, Appellees.**

Supreme Court of Pennsylvania.

June 21, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2005, the Order of the Commonwealth Court is **AFFIRMED.**